UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA NEWTON,

    Plaintiff,

v.                                                CASE NO. 8:14-cv-2128-T-23EAJ

BANKCARD SERVICES, et al.,

    Defendants.
_____/

**ORDER**

An April 21, 2015 order (Doc. 8) states, "No later than **APRIL 28, 2015**, Newton may move for an extension of time to serve Genesis Bankcard[, the remaining defendant]. . . . If Newton fails to show good cause or fails to demonstrate excusable neglect, an order will dismiss this action without further notice."  The time to move for an extension expired, and no motion appears on the docket.  Under Rule 4(m), Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**.  The clerk is directed to close this case.

ORDERED in Tampa, Florida, on April 29, 2015.

                                                               STEVEN D. MERRYDAY
                                                   UNITED STATES DISTRICT JUDGE