**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REBECCA NEWTON,

    Plaintiff,                                     Case No.: 8:14-cv-2128-T-23EAJ

v.

GENESIS BANKCARD SERVICES INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Genesis Bankcard Services, Inc., (Genesis), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 2, 2016                  Respectfully Submitted,

                                               */s/ Michael P. Schuette*
                                               Michael P. Schuette, Esq.
                                               Florida Bar No. 0106181
                                               SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                               3350 Buschwood Park Drive, Suite 195
                                               Tampa, FL 33618
                                               Telephone: (813) 890-2472
                                               Facsimile: (866) 466-3140
                                               mschuette@sessions-law.biz

                                               *Attorneys for Defendant,*
                                               *Genesis Bankcard Services, Inc.,*

1

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of February 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

> Shireen Hormozdi, Esq.
> Krohn & Moss, Ltd.
> 10474 Santa Monica Blvd., Suite 405
> Los Angeles, CA 90025

>> */s/ Michael P. Schuette*
>> Attorney